UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY BLAKE HALEY | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| TOWN OF WAKE FOREST, ERIC KERAVUORI, MITZI FRANKLIN, VIRGINIA JONES, MARK WILLIAMS, and ROE O'DONNELL, | ) ) ) ) ) | No. 5:16-cv-347-FL |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion for summary judgment and plaintiff's motion for partial summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 28, 2018, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted and plaintiff's motion for partial summary judgment is denied.

**This Judgment Filed and Entered on September 28, 2018, and Copies To:**

Joshua M. Krasner / William P. Barrett (via CM/ECF Notice of Electronic Filing)
Katie Weaver Hartzog (via CM/ECF Notice of Electronic Filing)

September 28, 2018          PETER A. MOORE, JR., CLERK

                                             /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk